

FILED
CLERK, U.S. DISTRICT COURT

APR 20 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case No.: CR 94-295-SJO
                             )
            Plaintiff,       )
                             )
       vs.                   )    ORDER OF DETENTION AFTER HEARING
                             )    [Fed.R.Crim.P. 32.1(a)(6);
RANDY ADOLPH                 )     18 U.S.C. 3143(a)]
       RANSON                )
                             )
            Defendant.       )
_____)

    The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Central Dist, CA    for alleged violation(s) of the terms and
conditions of his/her [probation] (supervised release); and

    The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)   The defendant has not met his/her burden of establishing by
            clear and convincing evidence that he/she is not likely to flee
            if released under 18 U.S.C. § 3142(b) or (c).  This finding is
            based on _no verified background or bail info; new
            criminal conduct while on release is alleged_

1   _____

2   _____

3   _____

4       and/or

5   B.    ( )   The defendant has not met his/her burden of establishing by

6         clear and convincing evidence that he/she is not likely to pose

7         a danger to the safety of any other person or the community if

8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9         on:_____

10        _____

11        _____

12        _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:     4/20/09

18

19                                    _____

20                                    UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28